No. 1008. FIDELITY-PHILADELPHIA TRUST CO. ET AL., EXECUTORS, *v.* SMITH, COLLECTOR OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari granted. *Robert T. McCracken* for petitioners. *Solicitor General Rankin* for respondent.

No. 949. MONOLITH PORTLAND MIDWEST Co. *v.* RECONSTRUCTION FINANCE CORP. C. A. 9th Cir. Certiorari denied. *Joseph T. Enright* and *Norman Elliott* for petitioner. *Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.

No. 952. GORDON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 966. SCHULTZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 967. HASKELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Harvey B. Cochran* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 980. ORLEANS PARISH SCHOOL BOARD *v.* BUSH ET AL. C. A. 5th Cir. Certiorari denied. *Gerard A. Rault* and *W. Scott Wilkinson* for petitioner. *Robert L. Carter* for respondents.